# Court of Appeals
# of the State of Georgia

ATLANTA,  February 12, 2026

*The Court of Appeals hereby passes the following order:*

## A26A0417. UNITEDHEALTHCARE OF GEORGIA, INC. v. NORTHEAST GEORGIA MEDICAL CENTER HABERSHAM, LLC.

On August 8, 2025, UnitedHealthcare of Georgia, Inc., filed a notice of appeal from the trial court's order granting Northeast Georgia Medical Center Harbersham, LLC, summary judgment in this dispute over insurance reimbursement for medical services. The appeal was docketed on September 15, 2025, and the parties filed timely briefs. With their briefs, the parties also filed motions to supplement the appellate record, noting that much of the key documentary evidence in this case had been filed under seal and that the appellate record only contained heavily redacted versions of these documents. Each party thus asked that we order the trial court to provide us with various unredacted documents that the parties had filed below. We granted the motions, and the trial court transmitted multiple volumes of supplemental appellate record to this Court in October and December 2025.

It is impossible for us to determine whether we now have all of the documents necessary to review this appeal. We note that one of the supplemental volumes transmitted in October 2025 contains extensive redactions. Moreover, many of the record citations in the parties' briefs are to redacted documents in the original record. The supplemental volumes may contain complete versions of these documents. But neither party has amended its appellate briefing with updated record citations, and it is not our function to cull the supplemental record for such documents.

Given these circumstances, we are uncertain as to whether the full record is properly before us. Accordingly, we hereby **REMAND** this case to the trial court for

completion of the record. The parties are **DIRECTED** to work with the trial court clerk to ensure that the appellate record contains all unredacted material filed below. After completion of the record, the trial court clerk is **DIRECTED** to re-transmit the appeal to this Court **under seal** for re-docketing. UnitedHealthcare need not file a new notice of appeal. Record cites in any future appellate briefing shall be to the newly completed (unredacted) appellate record and shall comply with the rules of this Court. See Court of Appeals Rule 25(d)(2) ("Reference to an electronic record should be indicated by the volume number of the electronic record and the PDF page number within that volume (Vol. Number – PDF Page Number; for example, V2-46).").



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 02/12/2026

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*